IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02103-ZLW-OES

ANGELA LONG,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT NO. 1,
THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL
DISTRICT NO. 1,

    Defendants.

_____

## ORDER
_____

In consideration of the Minute Order entered on June 22, 2005, by Magistrate Judge O. Edward Schlatter, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before July 11, 2005.  If by that date settlement papers have not been received by the Court, on July 18, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   24th   day of June, 2005.

                BY THE COURT:

                s/Zita L. Weinshienk
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court