IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02103-ZLW-OES

ANGELA LONG,

     Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT NO. 1,
THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL
DISTRICT NO. 1,

     Defendants.

---

## ORDER

---

In consideration of the Minute Order entered on September 8, 2005, by Magistrate Judge O. Edward Schlatter, it is

ORDERED that settlement papers shall be filed on or before September 30, 2005.  If by that date settlement papers have not been received by the Court, on October 7, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   9   day of September, 2005.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court