IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02103-ZLW-OES

ANGELA LONG,

      Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT NO. 1,
THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL
DISTRICT NO. 1,

      Defendants.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this __2__ day of November, 2005.

      BY THE COURT:

      s/ Zita L. Weinshienk
      _____
      ZITA L. WEINSHIENK, Senior Judge
      United States District Court